UNITED STATES of America,
Plaintiff–Appellee,

v.

Booker Travis LAW, III, Defendant–
Appellant.

No. 12–6853.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Booker Travis Law, III, Appellant Pro Se. Alfred William Walker Bethea, Jr.,

Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Booker Travis Law, III, appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Law*, No. 4:07–cr–00640–RBH–1 (D.S.C. Apr. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*